John Houston Scott (SBN 72578)
Lizabeth N. de Vries (SBN 227215)
W. Gordon Kaupp (SBN 226141)
SCOTT LAW FIRM
1388 Sutter Street, Suite 715
San Francisco, CA 94109
Tel: (415) 561-9601
Fax: (415) 561-9609
john@scottlawfirm.net
liza@scottlawfirm.net
gordon@scottlawfirm.net

Jason Oliver Runckel (SBN 198361)
O'CONNOR, RUNCKEL & O'MALLEY
1277 Treat Boulevard, Suite 810
Walnut Creek, CA 94597
Tel: (925) 356-2200
Fax: (925) 356-2206
jason@orolawfirm.com

Attorneys for Plaintiff,
Mickey Ray Reyes, Jr., a minor

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICKEY RAY REYES, JR., a minor, by and through his guardian ad litem, Linda Servin, individually and as a successor in interest to his father Mickey Ray Welch,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF PINOLE, TIM CAUWELS, ZACK BLUME, CHRIS FODOR AND Does 1-20, inclusive<br><br>Defendants. | Case No.: C 12-02636LB<br><br>PETITION AND [PROPOSED] ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM |

Plaintiff states as follows:

1. Mickey Ray Reyes, Jr., is a minor, born on 6-6-2008 . His mother is Linda Servin. Attached as **Exhibit A** to this Petition is a true and correct copy of the birth certificate of Mickey Ray Reyes Jr.

2. Plaintiff has commenced an action in this Court in a complaint filed on

- 1 -

PETITION AND [PROPOSED] ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM

SCOTT LAW FIRM
1388 SUTTER STREET, SUITE 715
SAN FRANCISCO, CA 94109

1  _____ against the City of City of Pinole, Tim Cauwels, Zack Blume, Chris Fodor, and
2  Does 1-20 for civil-rights violations that resulted in the death of his father, Mickey Ray Welch.

3      4.    Plaintiff has not filed a previous request to appoint any person, including his
4  mother, Linda Servin, as guardian ad litem in this matter.

5      5.    Linda Servin, who can be contacted through attorney Jason O. Runckel, O'Connor,
6  Runckel & O'Malley, 1277 Treat Boulevard, Suite 810, Walnut Creek, California 94597, is a
7  competent and responsible person, fully competent to act as petitioner's guardian ad litem, and
8  Mickey Ray Reyes Jr.s' mother.

9      6.    Linda Servin is willing to act as guardian ad litem for Plaintiff Mickey Ray Reyes
10  Jr., demonstrated by her consent below.

11      7.    WHEREFORE, plaintiff Mickey Ray Reyes, Jr., moves the Court for an order
12  appointing Linda Servin as his guardian ad litem for the purpose of bringing the within action
13  against defendants City of City of Pinole, Tim Cauwels, Zack Blume, Chris Fodor, and Does 1-20
14  on the claims arising out of the death of his father, Mickey Ray Welch.

**Consent of Nominee:** I, Linda Servin, consent to act as guardian ad litem for the minor plaintiff in the above-noted action.

Dated: May 18, 2012

By: _/s/ Linda Servin_

Dated: May 19, 2012

Respectfully submitted,

By: /s/ Jason O. Runckel
Jason O. Runckel
Attorney for Plaintiff

- 2 -
PETITION AND [PROPOSED] ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM

[PROPOSED] ORDER

The petition for an order appointing Linda Servin as guardian ad litem for plaintiff Mickey Ray Reyes Jr. is GRANTED.

IT IS SO ORDERED.

Dated: July 24, 2012          By: _____
                                  United States District Judge

# Exhibit A

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY of CONTRA COSTA
MARTINEZ, CALIFORNIA

**CERTIFICATE OF LIVE BIRTH**
**STATE OF CALIFORNIA**
**USE BLACK INK ONLY**

STATE FILE NUMBER — LOCAL REGISTRATION NUMBER: 1200807004958

| | | |
|---|---|---|
| 1A. NAME OF CHILD - FIRST: MICKEY | 1B. MIDDLE: RAY | 1C. LAST: REYES JR. |
| 2. SEX: MALE | 3A. THIS BIRTH, SINGLE, TWIN, ETC.: SINGLE | 3B. IF MULTIPLE, THIS CHILD 1ST, 2ND, ETC.: - |
| 4A. DATE OF BIRTH: 06/06/2008 | 4B. HOUR: 0702 | |
| 5A. PLACE OF BIRTH - NAME OF HOSPITAL OR FACILITY: CONTRA COSTA REGIONAL MED CTR | 5B. STREET ADDRESS: 2500 ALHAMBRA AVE. | |
| 5C. CITY: MARTINEZ | 5D. COUNTY: CONTRA COSTA | |
| 6A. NAME OF FATHER/PARENT - FIRST: MICKEY | 6B. MIDDLE: RAY | 6C. LAST: WELCH |
| 7. BIRTHPLACE: CA | 8. DATE OF BIRTH: 08/08/1989 | |
| 9A. NAME OF MOTHER/PARENT - FIRST: LINDA | 9B. MIDDLE: MARIE | 9C. LAST/BIRTH NAME: SERVIN |
| 10. BIRTHPLACE: CA | 11. DATE OF BIRTH: 02/11/1990 | |
| 12B. RELATIONSHIP TO CHILD: PARENTS | 12C. DATE SIGNED: 06/07/2008 | |
| 13B. LICENSE NUMBER: RESIDENT | 13C. DATE SIGNED: 06/09/2008 | |
| 13D. TYPED NAME, TITLE AND MAILING ADDRESS OF ATTENDANT: MAYA SHAW, MD, 2500 ALHAMBRA AVE, MARTINEZ | | |
| 16. LOCAL REGISTRAR - SIGNATURE: WENDEL BRUNNER, M.D. | 17. DATE ACCEPTED FOR REGISTRATION: 06/09/2008 | |

CERTIFIED COPY OF VITAL RECORDS

STATE OF CALIFORNIA } SS
COUNTY OF CONTRA COSTA

This is a true and exact reproduction of the document officially registered and placed on file in the office of the CONTRA COSTA COUNTY RECORDER.



CONTRA COSTA COUNTY RECORDER

ATTEST: 

DATE ISSUED: JUL 11 2008

This copy not valid unless prepared on engraved border displaying date and signature of Deputy Recorder.

*000566487*




ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE